Smith vs. Scott and others.

$454.10 and costs. On the 2d day of July following a notice and affidavit for appeal were received by the municipal judge by mail, but no costs were then paid. On the 20th day of the same month the fees of the court and the state tax and clerk's costs were paid, and on the 7th of August following the municipal judge made his return to the circuit court for Lincoln county. Thereupon the appellant moved to dismiss, on the ground that no appeal was ever taken which gave the circuit court jurisdiction, and assigned various alleged irregularities on the appeal which it is unnecessary to state. From an order denying the motion to dismiss, the plaintiff appealed.

For the appellant there was a brief by *John Van Hecke* and *Henry C. Hetzel*, and oral argument by *Mr. Van Hecke*.

For the respondent there was a brief by *Kueffner, Fauntleroy & Rice* and *Curtis & Reid*, attorneys, and *James E. Trask*, of counsel, and oral argument by *Mr. Trask*.

========

SMITH, Respondent, vs. SCOTT and others, Appellants.

*May 5 — May 22, 1896.*

*Appealable order: Parties.*

An order denying a motion to bring in additional parties defendant is not appealable.

93 453
95 216
93 453
d103 490
93 453
105 · 455

Smith vs. Scott and others.

APPEAL from an order of the circuit court for Lincoln county: CHAS. V. BARDEEN, Circuit Judge. *Dismissed.*

The plaintiff claimed to be the equitable owner of certain pine lands, the legal title to which was in the defendants, and brought his action to compel a conveyance to him of said lands in pursuance of a written agreement, and to set aside certain tax deeds obtained on said lands, and for other relief. The defendants, having answered, moved, on affidavits for that purpose, that Frank Smith and Frederick Smith be made parties to the action, on the ground that they were necessary parties to the action and that a complete determination of the controversy could not be had without their presence. Counter affidavits were filed, and the court made an order denying the motion, from which the defendants appealed.

For the appellants the cause was submitted on the brief of *Curtis & Reid.*

For the respondent there was a brief by *H. C. Hetzel,* attorney, and *Brown & Pradt,* of counsel, and oral argument by *Neal Brown.*

PINNEY, J. Appeals from orders made in actions in the circuit court can be taken only in cases specified by ch. 212, Laws of 1895, amendatory of sec. 3069, R. S. The order in this case is not within the category of orders specified in the act. If the order is reviewable, it can be reviewed only on appeal from a final judgment, under sec. 3070, R. S. For this reason this court has no jurisdiction, and the appeal must be dismissed.

*By the Court.*— The appeal is dismissed, with costs.